IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUMMIT ON SITE SOLUTIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1344 |
| | § | |
| AETNA LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties filed an agreed joint motion to reset the status conference. (Docket Entry No. 20). The motion is granted. The status conference is reset to **February 15, 2012, at 9:00 a.m.**

SIGNED on January 23, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge